In the Matter of the PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, as Superintendent of Insurance, Appellant, for an Order to Take Possession of the Property of the Moscow FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA.

HENRY F. LESCH, Respondent.

(Argued November 17, 1930; decided December 2, 1930.)

*James F. Donnelly, Alfred C. Bennett, John M. Downes* and *Clarence C. Fowler* for appellant.

*Paul Bonynge* and *Daniel A. Dorsey* for respondent.

*Paul C. Whipp* and *Frederick B. Campbell* for Moscow Fire Insurance Company, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.